[No. 50379-1-I.   Division One.   April 21, 2003.]

CONNIE UNGER, *Individually and as Personal Representative*, ET AL., *Appellants*, v. CONNIE CAUCHON, ET AL., *Defendants*, ISLAND COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 99-2-00634-2, Vickie I. Churchill, J., entered March 29, 2002. *Reversed* by unpublished opinion per Agid, J., concurred in by Ellington and Schindler, JJ. Now published at 118 Wn. App. 165.

[No. 50411-8-I.   Division One.   April 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER WAYNE BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07059-9, Laura Gene Middaugh, J., entered May 6, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50557-2-I.   Division One.   April 21, 2003.]

GEORGE CURRIN, ET AL., *Defendants*, JAMES OWEN, ET AL., *Appellants*, v. KENNETH G. RAFF, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16559-4, James A. Doerty, J., entered April 5, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50701-0-I.   Division One.   April 21, 2003.]

MELODY MORGAN, *Appellant*, v. SNOHOMISH COUNTY PUBLIC TRANSPORTATION BENEFIT AREA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-02991-6, George N. Bowden, J., entered August 8, 2001. *Affirmed* by unpublished per curiam opinion.